# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INTERACTIVE INTELLIGENCE, INC., )<br>an Indiana corporation, )<br>)<br>    Plaintiff and Counterclaim Defendant,)<br>)<br>v. )<br>)<br>PRESENCE TECHNOLOGY, LLC, )<br>a Delaware limited liability company, )<br>)<br>    Defendant and Counterclaimant. ) | CIVIL ACTION<br><br>FILE NO. 1:13:CV-3688-AT |

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 26(f) and LR 16.2, the parties propose and stipulate to the following schedule for this matter:

| | |
|---|---|
| Defendant's Answer to Amended Complaint | Friday, February 7, 2014 |
| Plaintiff's Reply to Counterclaim | Monday, February 24, 2014 |
| Joint Preliminary Report and Discovery Plan | Monday, February 3, 2014 |
| Fact Discovery Opens (LR 26.2) | Monday, February 3, 2014 |
| Parties to Meet and Confer on proposed Stipulated Protective Order | By Monday, February 10, 2014 |
| Rule 26 Initial Disclosures (LR 26.1) | Monday, February 10, 2014 |

| | |
|---|---|
| Plaintiff's Infringement Contentions (LPR 4.1) | Wednesday, March 5, 2014 |
| Defendants' Responses to Infringement Contentions (LPR 4.2) | Thursday, April 17, 2014 |
| Defendants' Invalidity Contentions (LPR 4.3) | Thursday, April 17, 2014 |
| Simultaneous Exchange of Proposed Terms for Claim Construction (LPR 6.1) | Monday, May 19, 2014 |
| Simultaneous Exchange of Preliminary Constructions (LPR 6.2) | Thursday, June 5, 2014 |
| Joint Claim Construction Statement and Disclosure of Expert Opinions on Claim Construction (LPR 6.3) | Wednesday, June 25, 2014 |
| Claim Construction Discovery Closes (LPR 6.4) | Tuesday, July 15, 2014 |
| Opening Claim Construction Briefs (LPR 6.5(a)) | Thursday, July 21, 2014 |
| Responsive Claim Construction Briefs (LPR 6.5(b)) | Thursday, August 28, 2014 |
| Claim Construction Hearing (LPR 6.6) | To be set by Court |
| Close of Fact Discovery (LPR 6.7) | Tuesday, February 3, 2015, or 45 days after claim construction ruling, whichever is later |
| Initial Expert Disclosures on Issues other than Claim Construction (LPR 7.1(b)) | Thursday, March 5, 2015, or 30 days after the close of fact discovery, whichever is later |
| Responsive Expert Disclosures on Issues other than Claim Construction (LPR 7.1(c)) | Monday, April 20, 2015, or 45 days after service of Initial Expert Disclosures |
| Rebuttal Expert Disclosures on Issues other than Claim Construction | Monday May 11, or 21 days after service of Responsive Expert |

| | |
|---|---|
| (LPR 7.1(d)) | Disclosures, whichever is later |
| Start of Period for Expert Depositions (LPR 7.2) | Monday, May 18, 2015, or 7 days after service of Rebuttal Expert Disclosures, whichever is later |
| Close of Period for Expert Depositions (LPR 7.2) | Monday, June 29, 2015 or 30 days after start of Period for Expert Depositions, whichever is later |
| Motions for Summary Judgment (LR 56.1) | Thursday, August 13, 2015, or 45 days after Close of Period for Expert Depositions, whichever is later |
| Pretrial Statement (LR 16.4) | Thursday, August 13, 2015, or 45 days Close of Period for Expert Depositions, 45 days after entry of Court's ruling on pending motions for summary judgment, whichever is later |
| Pretrial Conference | To be set by Court after filing of Pretrial Statement |
| Trial | To be set by Court at Pretrial Conference |

SO ORDERED this 27th day of February, 2014.

_____
AMY TOTENBERG, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA