# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INTERACTIVE INTELLIGENCE, INC., an Indiana corporation, | )<br>)<br>) |
| Plaintiff and Counterclaim Defendant, | ) Civil Action No. 1:13-CV-03688-AT<br>)<br>) |
| v. | )<br>)<br>) |
| PRESENCE TECHNOLOGY, LLC, a Delaware limited liability company, | )<br>)<br>) |
| Defendant and Counterclaimant. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between Plaintiff Interactive Intelligence, Inc. ("Interactive Intelligence") and Defendant Presence Technology, LLC ("Presence")(collectively "Parties") having been presented in this case, and the Court being of the opinion that said Motion should be **GRANTED**, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Interactive Intelligence and Presence are hereby dismissed without prejudice, subject to the terms of the Settlement Agreement dated July 21, 2014, entered into by the Parties.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED** this 22nd day of July, 2014.

_____
**Hon. Amy Totenberg
United States District Judge**